# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARLENA SONN,

    Plaintiff

v.

KENDALLE P. GETTY, et al.,

    Defendants

Case No.: 2:22-cv-01137-APG-BNW

**Order**

    Based on allegations in the complaint, this case should have been filed in the unofficial northern division of this court. *See* LR IA 1-8(a) (stating that a civil action "must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose").

    I THEREFORE ORDER that this action is transferred to the unofficial northern division of this court for all further proceedings. The clerk of the court shall transfer and reopen this matter as a new action under a new docket number in the northern division, and the action under this docket number shall be closed, without prejudice to petitioner regarding any federal limitation period and filing fee.

    Dated this 19th day of July, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE